UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE, POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME, POSSESSION OF A FIREARM AND AMMUNITION BY A CONVICTED FELON, AND NOTICE OF FORFEITURE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-57-BAJ-SDJ |
| | : | |
| *versus* | : | 21 U.S.C. § 841(a)(1) |
| | : | 18 U.S.C. § 924(c)(1)(A) |
| JOHNQUELL RINGO | : | 18 U.S.C. § 922(g)(1) |
| | : | 21 U.S.C. § 853(p) |
| | : | 18 U.S.C. § 924(d) |
| | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about March 10, 2021, in the Middle District of Louisiana, **JOHNQUELL RINGO**, defendant herein, did knowingly and intentionally possess with the intent to distribute cocaine base, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about March 10, 2021, in the Middle District of Louisiana, **JOHNQUELL RINGO**, defendant herein, did knowingly possess a firearm, that is, a Glock 34 9mm handgun, bearing serial number BDHR973, in furtherance of the drug trafficking crime described in Count One of this Indictment.

The above is a violation of Title 18, United States Code, Section 924(c)(1)(A).

USA Sealed Group
USPO
USM with Warrant

## COUNT THREE

On or about March 10, 2021, in the Middle District of Louisiana, **JOHNQUELL RINGO**, defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, did knowingly possess a firearm and ammunition, that is, a Glock 34 9mm handgun, bearing serial number BDHR973, 13 Blazer 9mm cartridges, 2 Hornady 9mm cartridges, and 1 SIG 9mm cartridge, which firearm and ammunition previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States.

Upon conviction of the offense in Count One, **JOHNQUELL RINGO**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Upon conviction of the offense contained in Count Two or Count Three, **JOHNQUELL RINGO**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the commission of the offense, including, but not limited to, a Glock 34 9mm handgun, bearing serial number BDHR973, 13 Blazer 9mm cartridges, 2 Hornady 9mm cartridges, and 1 SIG 9mm cartridge.

UNITED STATES OF AMERICA, BY

_____
RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
PAUL L. PUGLIESE
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
_____
GRAND JURY FOREPERSON

8/11/22
_____
DATE

3

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

*Investigating Agency: ATF

*Agent: Hutchison

**Matter to be sealed:** ✓ Yes  ☐ No

Related Case Information:

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: Johnquell Ringo

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: _____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Paul L. Pugliese

Bar #: FLBN 717370

**Interpreter:** ☐ Yes  ✓ No    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 3

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a Schedule II controlled substance | 1 | F |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a firearm in furtherance of a drug-trafficking crime | 2 | F |
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and ammunition by a convicted felon | 3 | F |

(May be continued on second sheet)

Date: 8/11/2022    Signature of AUSA: /s/ Paul J. Pugliese